# THE STATE OF TEXAS
# MANDATE

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/1/2015 4:21:13 PM
PAM ESTES
Clerk

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## TO THE 114TH DISTRICT COURT OF SMITH COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 24th day of June, 2015, the cause upon appeal to revise or reverse your judgment between

**ARRON MCLAREY, Appellant**

**NO. 12-15-00084-CR; Trial Court No. 114-0901-14**

By *per curiam* opinion.

**THE STATE OF TEXAS, Appellee**

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 7ᵗʰ day of August, 2015.

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK



August 7, 2015

Ms. Lois Rogers
District Clerk, Smith County
Courthouse, Suite 204
100 North Broadway Avenue
Tyler, TX 75702-7201
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-15-00084-CR
Trial Court Case Number: 114-0901-14

**Style:** Arron McLarey
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

C Mr. James W. Huggler Jr. (DELIVERED VIA E-MAIL)
C Mr. Michael J. West (DELIVERED VIA E-MAIL)
:

Mandate executed on _29_ day of _June_ , 2015.

Brief explanation of action taken: _Appeal Dismissed_

_Trial/Scannon_ _____ District/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties
www.12thcoa.courts.state.tx.us